FILED

OCT - 4 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Michael Brandon Mayberry
(Name of Plaintiff)
140A Tony Diaz Drive
(Address of Plaintiff)
Woodland, Calif. 95776

vs.

Suisun City Police Department
701 Civic Center BLVD.
Suisun, Calif. 94585
(Names of Defendants)

2:16-CV-2371 KJN PC
(Case Number)

COMPLAINT

1. Wrongful arrest
2. Profiling
3. Permanent Damage to Adult Criminal Record
4. lack of proper investigation leading to wrongful arrest
5. Violation of Civil Rights
6. False imprisonment
7. mental stress

I. Previous Lawsuits:

   A. Have you brought any other lawsuits while a prisoner: ☐ Yes ☒ No

   B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

     1. Parties to this previous lawsuit:

       Plaintiff N/A

       Defendants _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983          Rev'd 5/99

1

2. Court (if Federal Court, give name of District; if State Court, give name of County)

   _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?  ☒ Yes   ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      ☐ Yes   ☒ No
      If your answer is no, explain why not  The incident did not occur while in custody.

   C. Is the grievance process completed?   ☒ Yes   ☐ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant Eric Vera #5L85 is employed as a police officer at Suisun City Police Department.

   B. Additional defendants Officer Lazaro #5L84
      Officer Diaz #5L79

2

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

On 5/25/16, I was wrongfully arrested by the Suisun Police Department for a serious offense, 451(D) PC Arson. And the lead officer was Eric Vera #5L85, J. Lazaroth 5L84, and Officer Diaz #5L79. Officer Vera was the lead investigator and arresting officer. And he profiled me & wrongfully arrested me! The case was Dismissed in the intrest of Justice 44 days after my arrest, As I was Not the one who committed the crime. The police had video evidence that showed it was not me, as well as witness statement that states I was no where near the crime scene. I also did not fit the description of the suspect.

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I want to be compensated for the time I was wrongfully incarcerated, wrongfully imprisoned, and for the wrongful arrest, permanent damage to my record, I would like the court to award me $1,000 dollars for every day I was in custody because of this Arrest. / the total amount of Days is 44 total.

Signed this 21 day of September, 2016.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

9-21-16
_____
(Date)                                    (Signature of Plaintiff)

3